B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Blake Chandler Zinn**

_____,
                        Debtor

Case No.    **9:15-bk-03600**

Chapter                        **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 157,866.00 | | |
| B - Personal Property | Yes | 4 | 28,415.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 171,483.22 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 54,172.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 392,792.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,543.13 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,598.14 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | | Total Assets | 186,281.00 | | |
| | | | Total Liabilities | 618,448.29 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Blake Chandler Zinn**                               ,

Case No.    **9:15-bk-03600**

Debtor

Chapter        **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Blake Chandler Zinn**                    ,    Case No.   **9:15-bk-03600**

                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3245 Jessica Terrace, Port Charlotte, FL 33948**<br><br>**Lot 4, Block 2736, Port Charlotte Subdivision, Section 31, as per Plat therof, recorded in Plat book 5, Pages 26A-26F, of the Public Records of Charlotte County, Florida.** | **Fee simple** | - | **157,866.00** | **144,467.00** |

|  |  |
|---|---|
| Sub-Total > | **157,866.00** | (Total of this page) |
| Total > | **157,866.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Blake Chandler Zinn**                                                    ,     Case No.    **9:15-bk-03600**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Couch & loveseat & chair; 28" TV (old style); coffee & end tables; hightop table & 2 bar stools; patio table w/5 chairs; DVD player** Location: 3245 Jessica Terrace, Port Charlotte FL 33948 | - | 650.00 |
| | | **stove; dishwasher (not working); refrigerator** Location: 3245 Jessica Terrace, Port Charlotte FL 33948 | - | 300.00 |
| | | **Master bedroom-bed; dresser, men's dresser & 2 night stands** Location: 3245 Jessica Terrace, Port Charlotte FL 33948 | - | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **DVD's; pictures/art** Location: 3245 Jessica Terrace, Port Charlotte FL 33948 | - | 300.00 |
| 6.  Wearing apparel. | | **misc. clothing** Location: 3245 Jessica Terrace, Port Charlotte FL 33948 | - | 400.00 |

Sub-Total >          **2,150.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Blake Chandler Zinn**_____,    Case No.    **9:15-bk-03600**_____
　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:-:|---|:-:|---:|
| 7.　Furs and jewelry. | | **Stainless steel bracelet; stainless steel cross w/necklace**<br>**Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | - | 100.00 |
| 8.　Firearms and sports, photographic, and other hobby equipment. | | **Smith & Wesson 9mm**<br>**Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | - | 350.00 |
| 9.　Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.　Annuities. Itemize and name each issuer. | X | | | |
| 11.　Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.　Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.　Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.　Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.　Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.　Accounts receivable. | X | | | |
| 17.　Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.　Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >　　　　450.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Blake Chandler Zinn**                                    ,          Case No.     **9:15-bk-03600**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford F-250 SD** **approx. mileage:  WILL BE SUPPLIED** **VIN:  1FTNW21L43EB61855** **Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | - | 10,875.00 |
| | | **2012 Honda Civic LX** **approx. mileage:  WILL BE SUPPLIED** **VIN:  WILL BE SUPPLIED** **Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | - | 14,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          **25,075.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Blake Chandler Zinn**                                                    ,        Case No.   **9:15-bk-03600**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Misc. tools; pool table; Spa/Jacuzzi; push lawn mower; mountain bike; storage cabinets in garage Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | - | 740.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 740.00 |
| Total > | 28,415.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Blake Chandler Zinn**                                                    , Case No.   **9:15-bk-03600**
                                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **3245 Jessica Terrace, Port Charlotte, FL  33948** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** | **13,399.00** | **157,866.00** |
| **Lot 4, Block 2736, Port Charlotte Subdivision, Section 31, as per Plat therof, recorded in Plat book 5, Pages 26A-26F, of the Public Records of Charlotte County, Florida.** | | | |
| **Household Goods and Furnishings** | | | |
| **Couch & loveseat & chair; 28" TV (old style); coffee & end tables; hightop table & 2 bar stools; patio table w/5 chairs; DVD player Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | **Fla. Const. art. X, § 4(a)(2)** | **650.00** | **650.00** |
| **stove; dishwasher (not working); refrigerator Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **300.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **DVD's; pictures/art Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | **Fla. Const. art. X, § 4(a)(2)** | **250.00** | **300.00** |
| **Wearing Apparel** | | | |
| **misc. clothing Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **400.00** |
| | Total: | **14,399.00** | **159,516.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Blake Chandler Zinn**                             ,    Case No.   **9:15-bk-03600**

                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx7972** <br><br> **Global Wholesale Motor** <br> **PO Box 2919** <br> **Fort Myers, FL 33902** | X | - | **Car Loan** <br><br> **2003 Ford F-250 SD** <br> **approx. mileage:  WILL BE SUPPLIED** <br> **VIN: 1FTNW21L43EB61855** <br> **Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | | | | | |
| | | | Value $            **10,875.00** | | | | **12,432.22** | **1,557.22** |
| Account No. **xxxx8940** <br><br> **MidFirst Bank/Midland Mortgage** <br> **Attention: Bankruptcy** <br> **Po Box 26648** <br> **Oklahoma City, OK 73216** | X | - | **Opened  9/01/99 Last Active  8/28/13** <br> **First Mortgage** <br> **3245 Jessica Terrace, Port Charlotte, FL 33948** <br> **Case No. 14-000415 CA-Judgment** <br> **Lot 4, Block 2736, Port Charlotte Subdivision, Section 31, as per Plat therof, recorded in Plat book 5, Pages** | | | | | |
| | | | Value $            **157,866.00** | | | | **144,467.00** | **0.00** |
| Account No. **xxxxxxx5233** <br><br> **Wfs Financial/Wachovia Dealer Srvs** <br> **Po Box 3569** <br> **Rancho Cucamonga, CA 91729** | X | - | **Opened  8/01/14  Last Active  1/30/15** <br><br> **2012 Honda Civic LX** <br> **approx. mileage:  WILL BE SUPPLIED** <br> **VIN:  WILL BE SUPPLIED** <br> **Location: 3245 Jessica Terrace, Port Charlotte FL 33948** | | | | | |
| | | | Value $            **14,200.00** | | | | **14,584.00** | **384.00** |
| Account No. <br><br><br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

|  | Subtotal <br> (Total of this page) | **171,483.22** | **1,941.22** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **171,483.22** | **1,941.22** |

B6E (Official Form 6E) (4/13)

.

In re   **Blake Chandler Zinn**                                    ,   Case No.    **9:15-bk-03600**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__3__   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   __Blake Chandler Zinn_____,   Case No. __9:15-bk-03600_____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **xP71A** | | | | 2003 | | | | | | |
| Internal Revenue Service Department of Treasury PO Box 69 Memphis, TN 38101-0069 | | | | Federal Tax Lien 2003, 2004, 2005, 2007 & 2008 Taxes Blake Zinn | | | | 12,636.25 | 0.00 | 12,636.25 |
| Account No. **xx4193** | | | - | 09/30/86 | | | | | | |
| Internal Revenue Service Department of Treasury PO Box 69 Memphis, TN 38101-0069 | | | | Civil Penalty 1986 Federal Tax Lien | | | | 1,936.35 | 0.00 | 1,936.35 |
| Account No. **xxxxxxxxx1522** | | | - | 1/24/13 | | | | | | |
| State of Florida Department of Revenue 2295 Victoria Ave. Suite 270 Fort Myers, FL 33901 | | | | Judgment Blazin Enterprises, LLC | | | | 837.08 | 0.00 | 837.08 |
| Account No. **xxxxxxxxx3245** | | | - | 12/7/11 | | | | | | |
| State of Florida Department of Revenue 2295 Victoria Ave. Suite 270 Fort Myers, FL 33901 | | | | Judgment Blazin Enterprises, LLC | | | | 336.36 | 0.00 | 336.36 |
| Account No. **xxxxxxxxx6726** | | | - | 7/20/11 | | | | | | |
| State of Florida Department of Revenue 2295 Victoria Ave. Suite 270 Fort Myers, FL 33901 | | | | Judgment Blazin Enterprises LLC | | | | 1,914.91 | 0.00 | 1,914.91 |

Sheet _1___ of _3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)
0.00
17,660.95    17,660.95

B6E (Official Form 6E) (4/13) - Cont.

In re   **Blake Chandler Zinn**                                              ,        Case No.    **9:15-bk-03600**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. xxxxxxxxx4967 | | | | 7/12/11 | | | | | | |
| State of Florida Department of Revenue 2295 Victoria Ave. Suite 270 Fort Myers, FL 33901 | | - | | Judgment Blazin Enterprises, LLC | | | | 7,345.61 | 0.00 | 7,345.61 |
| Account No. xxxxxxxxxx1627 | | | | 3/31/09 | | | | | | |
| State of Florida Department of Revenue 2295 Victoria Ave. Suite 270 Fort Myers, FL 33901 | | - | | Judgment Blazin Enterprises, LLC | | | | 699.91 | 0.00 | 699.91 |
| Account No. xxxxxxxxx6205 | | | | 6/8/09 | | | | | | |
| State of Florida Department of Revenue 2295 Victoria Ave. Suite 270 Fort Myers, FL 33901 | | - | | Judgment Blazin Enterprises, LLC | | | | 4,424.19 | 0.00 | 4,424.19 |
| Account No. xxxxxxxxx5351 | | | | 6/3/09 | | | | | | |
| State of Florida Department of Revenue 2295 Victoria Ave. Suite 270 Fort Myers, FL 33901 | | - | | Judgment Blazin Enterprises, LLC | | | | 726.64 | 0.00 | 726.64 |
| Account No. xxxxxxxxx6627 | | | | 3/31/09 | | | | | | |
| State of Florida Department of Revenue 2295 Victoria Ave. Suite 270 Fort Myers, FL 33901 | | - | | Judgment Blazin Enterprises, LLC | | | | 8,256.87 | 0.00 | 8,256.87 |

Sheet  **2**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | 0.00 |  |
|---|---|---|
| 21,453.22 | | 21,453.22 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Blake Chandler Zinn**                                                          ,          Case No.    **9:15-bk-03600**
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1994** | | | 9/15/08 | | | | | | |
| **State of Florida** **Department of Revenue** **2295 Victoria Ave.** **Suite 270** **Fort Myers, FL 33901** | - | | **Judgment** **Blazin Enterprises** | | | | **4,183.09** | **0.00** | **4,183.09** |
| Account No. **xxxxxxxxx5346** | | | 7/9/08 | | | | | | |
| **State of Florida** **Department of Revenue** **2295 Victoria Ave.** **Suite 270** **Fort Myers, FL 33901** | - | | **Judgment** **Blazin Enterprises, LLC** | | | | **8,043.34** | **0.00** | **8,043.34** |
| Account No. **xxxxxxxxx3243** | | | 12/07/11 | | | | | | |
| **State of Florida** **Department of Revenue** **2295 Victoria Ave.** **Suite 270** **Fort Myers, FL 33901** | - | | **Judgment** **Blazin Enterprises, LLC** | | | | **2,831.90** | **0.00** | **2,831.90** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **15,058.33**    **15,058.33** |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | **54,172.50**    **54,172.50** |

B6F (Official Form 6F) (12/07)

In re    **Blake Chandler Zinn**                                    ,    Case No.    __9:15-bk-03600__
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx-xxxx08-CA** <br><br> **Advanceme, Inc.** <br> **2015 Vaughn Rd. NW** <br> **Building 500** <br> **Kennesaw, GA 30144** | X | - | | | **2012** <br> **Final Default Judgment** <br> **12-000208-CA** | | | | **29,417.34** |
| Account No. **xxxx xx xx5109** <br><br> **Agency for Workforce** <br> **Innovation Unemployment Comp** <br> **PO Drawer 5750** <br> **Tallahassee, FL 32314** | | - | | | **9/2002** <br> **Final Judgment** <br> **2002 SC 005109** | | | | **2,077.42** |
| Account No. **xx-xxxx65 SP** <br><br> **Asset Acceptance LLC** <br> **P.O. Box 2036** <br> **Warren, MI 48090-2036** | | - | | | **2009** <br> **Default Final Judgment** <br> **09-000365 SP** <br> **Rock N Rodeo, Inc. Garnishment** | | | | **4,825.97** |
| Account No. **xxxxxxxxxxxx0785** <br><br> **Bank of America** <br> **Po Box 982235** <br> **El Paso, TX 79998** | | - | | | **Opened  7/18/89  Last Active  2/18/15** <br> **Credit Card** <br> **Listed for Notice Purposes** | | | | **0.00** |

__9__    continuation sheets attached

Subtotal
(Total of this page)    **36,320.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blake Chandler Zinn**                                          ,        Case No.    **9:15-bk-03600**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x xx-2329**<br><br>**Barnett Bank of Manatee Co.**<br>**PO Box 9390**<br>**Bradenton, FL 34206** | - | | | **1989**<br>**Final Judgment** | | | | 398.76 |
| Account No. **xx-xxxx91 SP**<br><br>**Capital One Bank**<br>**1500 Capital One Drive**<br>**Richmond, VA 23238** | - | | | **2007**<br>**Final Judgment**<br>**06-001391-SP** | | | | 2,021.62 |
| Account No. **xxxx-xxxx-xxxx-7996**<br><br>**Capital One Bank, N.A.**<br>**c/o Portfolio Recovery Serv**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | - | | | **Credit Card** | | | | 1,433.96 |
| Account No. **xx-87-SP**<br><br>**Carolyn Papak**<br>**c/o  Lance Ball, Esq.**<br>**Ball Law Center, PA**<br>**18245 Paulson Dr.**<br>**Port Charlotte, FL 33954** | - | | | **5/2005**<br>**Final Judgment**<br>**05-87-SP** | | | | 3,955.00 |
| Account No. **WILL BE SUPPLIED**<br><br>**Charlote County Fire & EMS**<br>**PO Box 409335**<br>**Atlanta, GA 30384** | - | | | **4/22/09**<br>**Medical Bill** | | | | 443.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,252.34

B6F (Official Form 6F) (12/07) - Cont.

In re **Blake Chandler Zinn** _____,    Case No. ___**9:15-bk-03600**___

                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx5-133** <br><br> **Charlotte County Code Enforc** <br> **18500 Murdock Circle** <br> **Port Charlotte, FL 33948** | | - | | 11/2005 <br> **Code Enforcement Lien** <br> **2005-133** <br> **3245 Jessica Terrace, Port Charlotte, FL** | | | | 394.27 |
| Account No. **xxxx-xxxx96-CA** <br><br> **Dryco, LLC** <br> **1 W. Lake Street** <br> **Unit B** <br> **Northlake, IL 60164** | X | - | | 10/2007 <br> **Final Default Judgment** <br> **2005-000996-CA** <br> **Coyotes Bar** <br> **Rain Cafe and Nightspot** | | | | 139,799.00 |
| Account No. **xxx2688** <br><br> **Enterprise Recovery System** <br> **2400 South Wolf Road** <br> **Westchester, IL 60154** | | - | | Opened 3/01/12 <br> **Collection Attorney Rewards Network** <br> **Coyote's Bar & Grill** <br> **Judgment** | | | | 68,032.00 |
| Account No. **xxxxxxxxxxxx4082** <br><br> **First Premier Bank** <br> **3820 N Louise Ave** <br> **Sioux Falls, SD 57107** | | - | | Opened 11/18/09  Last Active  1/12/10 <br> **Credit Card** <br> **Listed for Notice Purposes** | | | | 0.00 |
| Account No. **xxxxxxx0108** <br><br> **FL Regional Emergency Assoc.** <br> **PO Box 919098** <br> **Orlando, FL 32891-9098** | | - | | 1/31/15 <br> **Medical Bill** <br> **Peace River Regional Medical Center** <br> **Michael George, MD** | | | | 866.00 |

Sheet no. __**2**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

209,091.27

B6F (Official Form 6F) (12/07) - Cont.

In re **Blake Chandler Zinn** , Case No. **9:15-bk-03600**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016** Florida Dept. of Revenue NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | - | | | 9/2011 **Sales and Use Tax Warrant Blazin Enterprises, LLC** | | | | 44.88 |
| Account No. **xxxxxxxxx-xxxx-xx-x2016** Florida Dept. of Revenue NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | - | | | 2/2011 **Sales and Use Tax Warrant Blazin Enterprises** | | | | 70.01 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016** Florida Dept. of Revenue NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | - | | | 5/2009 **Sales and Use Tax Warrant Blazin Enterprises, LLC** | | | | 2,145.43 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016** Florida Dept. of Revenue NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | - | | | 4/2009 **Sales and Use Tax Warrant Blazin ENterprises, LLC** | | | | 2,079.68 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016** Florida Dept. of Revenue NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | - | | | 3/2009 **Sales and Use Tax Warrant Blazin Enterprises, LLC** | | | | 2,427.11 |

Sheet no. **3** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,767.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Blake Chandler Zinn**                                                                    ,          Case No.    **9:15-bk-03600**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | 2/2009<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises, LLC** | | | | 2,507.83 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | 1/2009<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises** | | | | 3,282.13 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | 12/2008<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises, LLC** | | | | 2,954.04 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | 11/2008<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises, LLC** | | | | 2,686.76 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | 10/2008<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises, LLC** | | | | 139.36 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,570.12

B6F (Official Form 6F) (12/07) - Cont.

In re __**Blake Chandler Zinn**_____ ,        Case No. ___**9:15-bk-03600**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | **9/2008**<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises, LLC** | | | | 161.18 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | **8/2008**<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises, LLC** | | | | 156.00 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | **7/2008**<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises** | | | | 2,577.89 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | **6/2008**<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises, LLC** | | | | 410.64 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016**<br><br>**Florida Dept. of Revenue**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | - | | **5/2008**<br>**Sales and Use Tax Warrant**<br>**Blazin Enterprises, LLC** | | | | 2,832.09 |

Sheet no. __**5**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,137.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blake Chandler Zinn**                                          ,          Case No.     **9:15-bk-03600**
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-xxxx-xx-x-2016** <br><br> **Florida Dept. of Revenue** <br> **NCO Financial Systems, Inc.** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | - | | 4/2008 <br> **Sales and Use Tax Warrant** <br> **Blazin Enterprises, LLC** | | | | 2,092.04 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016** <br><br> **Florida Dept. of Revenue** <br> **NCO Financial Systems, Inc.** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | - | | 3/2008 <br> **Sales and Use Tax Warrant** <br> **Blazin Enterprises, LLC** | | | | 1,469.06 |
| Account No. **xxxxxxxxx-xxxx-xx-x-2016** <br><br> **Florida Dept. of Revenue** <br> **NCO Financial Systems, Inc.** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | - | | 2/2008 <br> **Sales and Use Tax Warrant** <br> **Blazin Enterprises, LLC** | | | | 47.05 |
| Account No. **xxxxxxxxxxxx3474** <br><br> **GECRB** <br> **Attention:  Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | - | | Opened  3/11/96  Last Active  9/01/98 <br> **JC Penny Charge Account** <br> **Listed for Notice Purposes** | | | | 0.00 |
| Account No. **NEED ACCT. NUMBER** <br><br> **Gold Key Credit, Inc.** <br> **PO Box 15670** <br> **Brooksville, FL 34604-0122** | - | | 7/3/13 <br> **Medical Bill** <br> **MED1 02 MGA Primary** | | | | 138.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,746.15

B6F (Official Form 6F) (12/07) - Cont.

In re __**Blake Chandler Zinn**_____,  Case No. ___**9:15-bk-03600**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x-xx-1047** <br><br> **Hall, McNally & Royal Staff Management, Inc.** <br> **3639 Cortez Road West** <br> **Bradenton, FL 34210** | - | | | **1989** <br> **Final Judgment** <br> **S-89-1047** <br> **Creative Printing Concepts, d/b/a Printmasters** | | | | **1,207.44** |
| Account No. **xx-x14-CA** <br><br> **John Odom General Contractor** <br> **15379 Demas Ave.** <br> **Port Charlotte, FL 33954** | - | | | **2007** <br> **Final Default Judgment** <br> **07-000914-CA** | | | | **8,775.16** |
| Account No. **xx-xx-2098** <br><br> **Marie A. Cantolino** <br> **c/o Mark Randall Baran, Esq.** <br> **1919 N. Lynn Street** <br> **Arlington, VA 22209** | - | | | **1990** <br> **Final Judgment** <br> **CA-89-2098** <br> **Printmasters, Inc. f/k/a Creative Printing Concepts, Inc., a Florida Corporation** | | | | **8,723.26** |
| Account No. **xxxxxxxx7467** <br><br> **MRS Associates** <br> **1930 Olney Ave.** <br> **Cherry Hill, NJ 08003** | - | | | **12/2013** <br> **AT&T/Cingular Mobility** | | | | **678.99** |
| Account No. **xxxx-xx-xx0434** <br><br> **Paulette R. Pace, Esq.** <br> **1111 3rd Ave. W.** <br> **Bradenton, FL 34205** | - | | | **2001** <br> **Final Judgment-Manatee County** <br> **2001-SC-000434** | | | | **4,158.36** |

Sheet no. __**7**___ of __**9**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,543.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Blake Chandler Zinn**                                        ,    Case No.    **9:15-bk-03600**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx6902** <br><br> **Peace River Regional Med Ctr** <br> **PO Box 405974** <br> **Atlanta, GA 30384-5974** | | - | | **1/31/15** <br> **Medical Bill** <br> **Bayfront Health Port Charlotte** | | | | **716.73** |
| Account No. **xx-xxxx08-CA** <br><br> **Properties by J & J, Inc.** <br> **c/o Lee Segal, Esq.** <br> **13575 58th St. N.** <br> **Suite 140** <br> **Clearwater, FL 33760** | X | - | | **6/2011** <br> **Final Judgment** <br> **Alcoholic Beverage License #18-01284** <br> **Listed for Notice Purposes** | X | | | **0.00** |
| Account No. **xx-xx34-CA** <br><br> **S. Hudgins** <br> **c/o Lawrence W. Borns, P.A.** <br> **412 N. Halifax Avenue** <br> **Daytona Beach, FL 32118** | X | - | | **2008** <br> **Final Judgment of Foreclosure** <br> **08-1234-CA** <br> **Alcohol Beverage License** <br> **No. 18-01368-4COP** <br> **Listed for Notice Purposes** | X | | | **0.00** |
| Account No. **xxxx-xx-xx65-NC** <br><br> **Steven King** <br> **1451 Rebecca Lane** <br> **Sarasota, FL 34231** | X | - | | **2006** <br> **Final Default Judgment** <br> **2006-CA-0065-NC** <br> **Blake Zinn & Blazin Enterprises, LLC d/b/a** <br> **Rain Cafe & Nightspot** | | | | **76,789.84** |
| Account No. **xx-xxxx-SP-12** <br><br> **Susan T. McDaniel** <br> **4104 King Richard Dr.** <br> **Sarasota, FL 34232** | | - | | **09/1997** <br> **Final Judgment** <br> **90-2663-SP-12** | | | | **886.50** |

Sheet no. __**8**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **78,393.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blake Chandler Zinn**                                    ,   Case No.   **9:15-bk-03600**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx xx60 NC**<br><br>**SZS Sales, Inc. d/b/a Action Jet Ski West c/o Michael T. Robertson,Esq 1800 Second St., Ste. 30 Sarasota, FL 34236** | - | | | **2002**<br>**2001 CA 9560 NC**<br>**Listed for Notice Purposes** | | | | **0.00** |
| Account No.<br><br>**Tracy L. & Janette A. Nelson Powell Carney Maller Ramsay & Grove, P.A. One Progress Plaza, Suite 12 Saint Petersburg, FL 33701** | - | | | **1/2008**<br>**Judgment**<br>**Blazin Enterprises** | | | | **8,970.77** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **8,970.77** |
| Total (Report on Summary of Schedules) | **392,792.57** |

B6G (Official Form 6G) (12/07)

.

In re    **Blake Chandler Zinn**                                                    ,    Case No.    **9:15-bk-03600**
                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Blake Chandler Zinn**                                    ,    Case No.    **9:15-bk-03600**
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ACT RestorationServices Inc<br>12610 West Airport Blvd.<br>Suite 120<br>Sugar Land, TX 77478 | Dryco, LLC<br>1 W. Lake Street<br>Unit B<br>Northlake, IL 60164 |
| Advanceme, Inc.<br>c/o Secretary of State<br>26610Executive Center Circle<br>Tallahassee, FL 32301 | MidFirst Bank/Midland Mortgage<br>Attention: Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73216 |
| Agency for Work Force<br>Innovation Unemployment Comp<br>107 E. Madison Street<br>Caldwell Building<br>Tallahassee, FL 32399 | MidFirst Bank/Midland Mortgage<br>Attention: Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73216 |
| Arbor Oaks I, LLC<br>The Oak Point Prof. Ctr.<br>5070 N Highway A-1-A<br>Suite 200<br>Vero Beach, FL 32963 | Dryco, LLC<br>1 W. Lake Street<br>Unit B<br>Northlake, IL 60164 |
| Arbor Oaks II, LLC<br>The Oak Point Prof. Ctr.<br>5070 N Highway A-1-A<br>Suite 200<br>Vero Beach, FL 32963 | Dryco, LLC<br>1 W. Lake Street<br>Unit B<br>Northlake, IL 60164 |
| Asset Acceptance LLC<br>c/o Corporation Service Comp<br>1201 Hays Street<br>Tallahassee, FL 32301 | MidFirst Bank/Midland Mortgage<br>Attention: Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73216 |
| Blazin Enterprises, LLC<br>4300 Kings Highway<br>Suite 412<br>Port Charlotte, FL 33980 | S. Hudgins<br>c/o Lawrence W. Borns, P.A.<br>412 N. Halifax Avenue<br>Daytona Beach, FL 32118 |
| Blazin Enterprises, LLC<br>4300 Kings Highway<br>Suite 412<br>Port Charlotte, FL 33980 | Dryco, LLC<br>1 W. Lake Street<br>Unit B<br>Northlake, IL 60164 |
| Blazin Enterprises, LLC<br>4300 Kings Highway<br>Suite 412<br>Port Charlotte, FL 33980 | Advanceme, Inc.<br>2015 Vaughn Rd. NW<br>Building 500<br>Kennesaw, GA 30144 |

**3**
____ continuation sheets attached to Schedule of Codebtors

In re  **Blake Chandler Zinn**                                          ,   Case No.   **9:15-bk-03600**
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blazin Enterprises, LLC**<br>**4300 Kings Highway**<br>**Suite 412**<br>**Port Charlotte, FL 33980** | **Steven King**<br>**1451 Rebecca Lane**<br>**Sarasota, FL 34231** |
| **Blazin Enterprises, LLC**<br>**4300 Kings Highway**<br>**Suite 412**<br>**Port Charlotte, FL 33980** | **Properties by J & J, Inc.**<br>**c/o Lee Segal, Esq.**<br>**13575 58th St. N.**<br>**Suite 140**<br>**Clearwater, FL 33760** |
| **Capital One Bank**<br>**c/o Secretary of State**<br>**2661 Executive Center Circle**<br>**Tallahassee, FL 32301** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **Capital One Bank (USA) NA**<br>**c/o Secretary of State**<br>**2661 Executive Center Circle**<br>**Tallahassee, FL 32301** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **Charlotte Count**<br>**Board of Comissioners**<br>**18500 Murdock Circle**<br>**Port Charlotte, FL 33948** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **Charlotte County Florida**<br>**18500 Murdock Circle**<br>**Suite 536**<br>**Port Charlotte, FL 33948** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **Florida Department of Revenu**<br>**5050 W. Tennessee Street**<br>**Tallahassee, FL 32399** | **Properties by J & J, Inc.**<br>**c/o Lee Segal, Esq.**<br>**13575 58th St. N.**<br>**Suite 140**<br>**Clearwater, FL 33760** |
| **Florida Division of Alcohol**<br>**and Tobacco**<br>**c/o Josh Moye, Esq.**<br>**1940 N Monroe Street**<br>**Tallahassee, FL 32399** | **Properties by J & J, Inc.**<br>**c/o Lee Segal, Esq.**<br>**13575 58th St. N.**<br>**Suite 140**<br>**Clearwater, FL 33760** |
| **Gerard Vairo**<br>**Vairo & Assoc., Inc.**<br>**2150 Tamiami Trail**<br>**#12**<br>**Port Charlotte, FL 33948** | **Steven King**<br>**1451 Rebecca Lane**<br>**Sarasota, FL 34231** |

Sheet  **1**  of  **3**  continuation sheets attached to the Schedule of Codebtors

In re    **Blake Chandler Zinn**                                        ,    Case No.    **9:15-bk-03600**
                                  Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Jason A. Lessinger, Esq.**<br>**Icard Merrill Cullis**<br>**2033 Main Street**<br>**Suite 600**<br>**Sarasota, FL 34237** | **Dryco, LLC**<br>**1 W. Lake Street**<br>**Unit B**<br>**Northlake, IL 60164** |
| **John J. Janick**<br>**Janick Professional Ctr.**<br>**4369 Tamiami Trail**<br>**Port Charlotte, FL 33948** | **Dryco, LLC**<br>**1 W. Lake Street**<br>**Unit B**<br>**Northlake, IL 60164** |
| **John Odom General Contractor**<br>**15379 Demas Ave.**<br>**Port Charlotte, FL 33954** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **John V. Quinlan, Esq.**<br>**Greene, Hamrick, Quinlan**<br>**& Schermer, PA**<br>**601 12th St. W.**<br>**Bradenton, FL 34205** | **Steven King**<br>**1451 Rebecca Lane**<br>**Sarasota, FL 34231** |
| **Leonard M. Johnson, Esq.**<br>**Leonard M. Johnson, PA**<br>**126 East Olympia Ave.**<br>**Punta Gorda, FL 33950** | **Steven King**<br>**1451 Rebecca Lane**<br>**Sarasota, FL 34231** |
| **Malon D. Mimms, Revocable Tr**<br>**85-A Mill Street**<br>**Suite 100**<br>**Roswell, GA 30075** | **Dryco, LLC**<br>**1 W. Lake Street**<br>**Unit B**<br>**Northlake, IL 60164** |
| **Marc J. Gutterman, Esq.**<br>**Conroy, Simberg, Ganon,**<br>**Krevans, Abel, Lurvey,**<br>**3440 Hollywood Blvd., 2nd FL**<br>**Hollywood, FL 33021** | **Steven King**<br>**1451 Rebecca Lane**<br>**Sarasota, FL 34231** |
| **Melissa Deleon**<br>**3245 Jessica Terrace**<br>**Port Charlotte, FL 33948** | **Global Wholesale Motor**<br>**PO Box 2919**<br>**Fort Myers, FL 33902** |
| **Melissa Deleon**<br>**3245 Jessica Terrace**<br>**Port Charlotte, FL 33948** | **Wfs Financial/Wachovia Dealer Srvs**<br>**Po Box 3569**<br>**Rancho Cucamonga, CA 91729** |
| **Murdock Village Health Ctr.**<br>**Michael McKinley, Reg. Agt.**<br>**223 Taylor Street**<br>**Punta Gorda, FL 33950** | **Dryco, LLC**<br>**1 W. Lake Street**<br>**Unit B**<br>**Northlake, IL 60164** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re  __Blake Chandler Zinn_____,    Case No.  __9:15-bk-03600_____

                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Paulette R. Pace, Esq.**<br>**313 Scott AVe.**<br>**Sarasota, FL 34243** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **Premier Beverage Co, LLC**<br>**Corp. Service Co. R/A**<br>**1201 Hays Street**<br>**Tallahassee, FL 32301-2525** | **Properties by J & J, Inc.**<br>**c/o Lee Segal, Esq.**<br>**13575 58th St. N.**<br>**Suite 140**<br>**Clearwater, FL 33760** |
| **S. Hudgins**<br>**1139 N. Halifax Ave.**<br>**Daytona Beach, FL 32118** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **State of Florida**<br>**Department of Revenue**<br>**c/o John Mika, Esq.**<br>**PL-01, The Capitol, Rev. Lit**<br>**Tallahassee, FL 32399** | **S. Hudgins**<br>**c/o Lawrence W. Borns, P.A.**<br>**412 N. Halifax Avenue**<br>**Daytona Beach, FL 32118** |
| **State of Florida, Dept. of**<br>**Business & Professional**<br>**Regulation,**<br>**1940 N. Monroe St.**<br>**Tallahassee, FL 32399** | **S. Hudgins**<br>**c/o Lawrence W. Borns, P.A.**<br>**412 N. Halifax Avenue**<br>**Daytona Beach, FL 32118** |
| **Steven King**<br>**1451 Rebecca Lane**<br>**Sarasota, FL 34231** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **Tracy & Janette Nelson**<br>**1105 Taylor Road**<br>**Unit G**<br>**Punta Gorda, FL 33950** | **Dryco, LLC**<br>**1 W. Lake Street**<br>**Unit B**<br>**Northlake, IL 60164** |
| **United States of America**<br>**Housing & Urban Development**<br>**400 N Tampa Street**<br>**Park Tower #3200**<br>**Tampa, FL 33602** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |
| **United States of America**<br>**Internal Revenue Service**<br>**400 N Tampa Street**<br>**Park Tower #3200**<br>**Tampa, FL 33602** | **MidFirst Bank/Midland Mortgage**<br>**Attention: Bankruptcy**<br>**Po Box 26648**<br>**Oklahoma City, OK 73216** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Blake Chandler Zinn** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | **9:15-bk-03600** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | **Restaurant Manager** | |
| | **Employer's name** | **Rock N' Rodeo, Inc.** | **Charlotte Heart & Vascular** |
| | **Employer's address** | **4300 Kings Highway**<br>**Suite 412**<br>**Port Charlotte, FL 33980** | **3340 Tamiami Trail**<br>**Port Charlotte, FL 33952** |
| | **How long employed there?** | **3 years** | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,141.67** | $ **1,921.44** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **3,141.67** | $ **1,921.44** |

Debtor 1 __Blake Chandler Zinn__                                    Case number (if known) __9:15-bk-03600__

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 3,141.67 | $ 1,921.44 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 645.67 | $ 137.95 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 55.44 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify:   AFLAC (post tax) - Melissa | 5h.+ | $ 0.00 + | $ 10.92 |
| | AFLAC (pre tax) - Melissa | | $ 0.00 | $ 73.71 |
| | Dental - Melissa | | $ 0.00 | $ 3.29 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.     $ 645.67     $ 281.31

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.     $ 2,496.00     $ 1,640.13

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 407.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.     $ 0.00     $ 407.00

10. **Calculate monthly income.** Add line 7 + line 9.     10.     $ 2,496.00 +$ 2,047.13 =$ 4,543.13
   Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
   Specify: _____     11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
   Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.     $ 4,543.13

   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☐ No.
   ■ Yes. Explain: | Debtor anticipates an increase in income from a raise beginning May 1, 2015 of approximately $600.00 - $700.00 a month. |

Fill in this information to identify your case:

Debtor 1        **Blake Chandler Zinn**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number   **9:15-bk-03600**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter
   13 expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor
   2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                              12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**      ■ No

   Do not list Debtor 1 and      ☐ Yes.   Fill out this information for
   Debtor 2.                               each dependent..............

   Do not state the
   dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**      ■ No   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental _Schedule J_, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on _Schedule I: Your Income_ (Official Form 6I.)**

| | | Your expenses |
| --- | --- | --- |

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ _____ 973.00

   If not included in line 4:

   4a.   Real estate taxes     4a. $ _____ 0.00
   4b.   Property, homeowner's, or renter's insurance     4b. $ _____ 0.00
   4c.   Home maintenance, repair, and upkeep expenses     4c. $ _____ 0.00
   4d.   Homeowner's association or condominium dues     4d. $ _____ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____ 0.00

Debtor 1    __Blake Chandler Zinn__                                    Case number (if known)    __9:15-bk-03600__

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | **180.00** |
| | 6b.   Water, sewer, garbage collection | 6b. $ | **50.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **453.00** |
| | 6d.   Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **335.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **88.00** |
| 10. | **Personal care products and services** | 10. $ | **34.00** |
| 11. | **Medical and dental expenses** | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | **244.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | **0.00** |
| | 15b.   Health insurance | 15b. $ | **0.00** |
| | 15c.   Vehicle insurance | 15c. $ | **241.14** |
| | 15d.   Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c.   Other. Specify: | 17c. $ | **0.00** |
| | 17d.   Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | $ | **0.00** |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | **0.00** |
| | 20b.   Real estate taxes | 20b. $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22.   $ | **2,598.14** |
| | The result is your monthly expenses. | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **4,543.13** |
| | 23b.   Copy your monthly expenses from line 22 above. | 23b. -$ | **2,598.14** |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **1,944.99** |

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**
     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.
    Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Blake Chandler Zinn**                  Case No.    **9:15-bk-03600**

                            Debtor(s)             Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **32**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 21, 2015**            Signature    **/s/ Blake Chandler Zinn**

                                                  **Blake Chandler Zinn**

                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Blake Chandler Zinn**        Case No.   **9:15-bk-03600**

                           Debtor(s)        Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,250.00 | **2015 YTD: Debtor Rock N' Rodeo** |
| $0.00 | **2014: Debtor  WILL BE SUPPLIED** |
| $0.00 | **2013: Debtor  WILL BE SUPPLIED** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■ **Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Midfirst Bank** **v.** **Blake C. Zinn a/k/a Blake Zinn, et al.** **Case No. 08-2014-CA-000415** | **Civil** | **In the Circuit Civil Court of the Twentieth Judicial Circuit of Florida, In and For Charlotte County** | **Judgment** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Martella Law Firm, P.L.**<br>**18501 Murdock Circle**<br>**Suite 304**<br>**Port Charlotte, FL 33948** | **12/4/14** | **$1500.00** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counseling Services** 273 Tamiami Trail S. Venice Venice, FL 34285 | **12/4/2014** | **$110.00** |

**10.  Other transfers**

None ■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|------------------------|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Blazin Enterprises, LLC** | **59-3677554** | **4300 Kings Highway Suite 412 Port Charlotte, FL 33980** | **Restaurant** | **2000-September 2012** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                       ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 21, 2015**                    Signature  **/s/ Blake Chandler Zinn**

**Blake Chandler Zinn**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Blake Chandler Zinn**

_____
                                    Debtor(s)

Case No.    **9:15-bk-03600**
Chapter     **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **April 21, 2015**
_____

**/s/ Blake Chandler Zinn**
_____
**Blake Chandler Zinn**
Signature of Debtor

# United States Bankruptcy Court
## Middle District of Florida

| | | | |
|---|---|---|---|
| In re | **Blake Chandler Zinn** | Case No. | **9:15-bk-03600** |
| | Debtor(s) | Chapter | **13** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,300.00** |
| Prior to the filing of this statement I have received | $ | **1,500.00** |
| Balance Due | $ | **3,800.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **I may share up to $75.00 of my fee with Holly A. McFall, Esq., should he be required to cover the 341 meeting.**

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from the stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April 21, 2015**

**/s/ Mark Martella**
**Mark Martella 0024021**
**Martella Law Firm, P.L.**
**18501 Murdock Circle**
**Suite 304**
**Port Charlotte, FL 33948**
**941-206-3700  Fax: 941-206-3701**
**mark@martellalaw.com**

---

**Fill in this information to identify your case:**

Debtor 1    **Blake Chandler Zinn**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Florida

Case number    **9:15-bk-03600**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 22C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married**. Fill out both Columns A and B, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 3,129.77 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 407.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5.
Gross receipts (before all deductions)    $ 0.00
Ordinary and necessary operating expenses    -$ 0.00
Net monthly income from a business, profession, or farm $ 0.00    Copy here -> $ 0.00    $

6. **Net income from rental and other real property**
Gross receipts (before all deductions)    $ 0.00
Ordinary and necessary operating expenses    -$ 0.00
Net monthly income from rental or other real property $ 0.00    Copy here -> $ 0.00    $

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Blake Chandler Zinn**    Case number (*if known*)    9:15-bk-03600

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ............................................................... $ _____ 0.00

For your spouse .................................................. $ _____

| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |
|---|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | | |
|---|---|---|---|
| 10a. | _____ | $ 0.00 | $ |
| 10b. | _____ | $ 0.00 | $ |
| 10c. | Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **3,536.77** + $ _____ = $ **3,536.77**

Total average monthly income

---

**Part 2:    Determine How to Measure Your Deductions from Income**

12. **Copy your total average monthly income from line 11.** ........................................... $ **3,536.77**

13. **Calculate the marital adjustment.** Check one:

■ You are not married. Fill in 0 on line 13d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

| | | | |
|---|---|---|---|
| 13a. | _____ | $ _____ | |
| 13b. | _____ | $ _____ | |
| 13c. | _____ | + $ _____ | |
| 13d. | Total | $ 0.00 | Copy here=> 13d. - 0.00 |

14. **Your current monthly income.** Subtract line 13d from line 12. ........ 14. $ **3,536.77**

---

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> ........................................................... 15a. $ **3,536.77**

Multiply line 15a by 12 (the number of months in a year). **x 12**

15b. The result is your current monthly income for the year for this part of the form. 15b. $ **42,441.24**

---

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Blake Chandler Zinn**                                      Case number (*if known*)    **9:15-bk-03600**

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                            **FL**

16b. Fill in the number of people in your household.                **2**

16c. Fill in the median family income for your state and size of household.          16c.   $         **52,421.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ■  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

17b. ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4) |
| --- | --- |

18. **Copy your total average monthly income from line 11 .**                        18.   $         **3,536.77**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

If the marital adjustment does not apply, fill in 0 on line 19a.                        19a. -$         **0.00**

**Subtract line 19a from line 18.**                                   19b.   $         **3,536.77**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b                                          20a.   $         **3,536.77**

Multiply by 12 (the number of months in a year).                             **x  12**

20b. The result is your current monthly income for the year for this part of the form     20b.   $         **42,441.24**

20c. Copy the median family income for your state and size of household from line 16c        $         **52,421.00**

21. **How do the lines compare?**

■  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| Part 4: | Sign Below |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X  /s/ Blake Chandler Zinn**

**Blake Chandler Zinn**
Signature of Debtor 1

Date   **April 21, 2015**
        MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 22C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 3**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Fill in this information to identify your case: |
| --- |

Debtor 1   **Blake Chandler Zinn**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Florida

Case number   **9:15-bk-03600**
(if known)

☐ Check if this is an amended filing

**Official Form 22C-2**
# Chapter 13 Calculation of Your Disposable Income
12/14

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly income and Calculation of Commitment Period* (Official Form 22C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

**Part 1:**   **Calculate Your Deductions from Your Income**

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.   **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

**1**

**National Standards**      You must use the IRS National Standards to answer the questions in lines 6-7.

6.   **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

$ _____ **583.00**

7.   **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| Debtor 1 | **Blake Chandler Zinn** | Case number (*if known*) | **9:15-bk-03600** |

| **People who are under 65 years of age** | | | | | |
|---|---|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | $ | 60 | | |
| 7b. | Number of people who are under 65 | X | 1 | | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | 60.00 | Copy line 7c here=> $ | 60.00 |

| **People who are 65 years of age or older** | | | | | |
|---|---|---|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | $ | 144 | | |
| 7e. | Number of people who are 65 or older | X | 0 | | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | $ | 0.00 | Copy line 7f here=> $ | 0.00 |

| 7g. | **Total.** Add line 7c and line 7f .................... | $ | 60.00 | Copy total here=> 7g. $ | 60.00 |

---

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

Housing and utilities - Insurance and operating expenses
housing and utilities - Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    $ _____ 425.00

9.  **Housing and utilities - Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    $ _____ 976.00

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **MidFirst Bank/Midland Mortgage** | $ 973.00 |

9b. Total average monthly payment    $ 973.00    Copy line 9b here=> -$ 973.00    Repeat this amount on line 33a.

9c.  Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.    9c. $ 3.00    Copy line 9c here=> $ 3.00

10.  **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**    $ _____ 0.00

Explain why: _____

**Chapter 13 Calculation of Your Disposable Income**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Blake Chandler Zinn** | Case number (*if known*) | **9:15-bk-03600** |
|---|---|---|---|

---

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

☐ 1. Go to line 12.

☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. $ _____ **488.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**    Describe Vehicle 1:    **2003 Ford F-250 SD approx. mileage: WILL BE SUPPLIED**
**VIN: 1FTNW21L43EB61855 Location: 3245 Jessica Terrace,**
**Port Charlotte FL 33948**

13a. Ownership or leasing costs using IRS Local Standard    13a.    $ _____ **517.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then dived by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Global Wholesale Motor** | $ **420.00** |

Copy 13b here => -$ **420.00**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense

Subtract line 13b from line 13a. if this amount is less than $0, enter $0.    13c.    $ _____ **97.00**    Copy net Vehicle 1 expense here => $ **97.00**

**Vehicle 2**    Describe Vehicle 2:    **2012 Honda Civic LX approx. mileage: WILL BE SUPPLIED**
**VIN: WILL BE SUPPLIED Location: 3245 Jessica Terrace, Port**
**Charlotte FL 33948**

13d. Ownership or leasing costs using IRS Local Standard    13d.    $ _____ **517.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **Wfs Financial/Wachovia Dealer Srvs** | $ **375.08** |

Copy 13e here => -$ **375.08**

13f. Net Vehicle 2 ownership or lease expense

Subtract line 13e from line 13d. if this number is less than $0, enter $0.    13f.    $ _____ **141.92**    Copy net Vehicle 2 expense here => $ **141.92**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.    $ _____ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.    $ _____ **0.00**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Blake Chandler Zinn** | Case number (*if known*) | **9:15-bk-03600** |

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |

16. **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. The total monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes. .......................................................................... $ **783.62**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. ... $ **0.00**

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.

Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. ....................................................... $ **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. ... $ **0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:
as a condition for your job, or
for your physically or mentally challenged dependent child if no public education is available for similar services. .... $ **0.00**

21. **Childcare:** The total monthly amount that you pay for your own childcare, such as babysitting, daycare, nursery, and preschool.

Do not include payments for any elementary or secondary school education. .................................................... $ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

Payments for health insurance or health savings accounts should be listed only in line 25. ................................. $ **0.00**

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22C-1, or any amount you previously deducted. ............ +$ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.** .................................................. $ **2,581.54**
Add lines 6 through 23.

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test.
*Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| Health insurance | $ | **58.73** | | |
| Disability insurance | $ | **0.00** | | |
| Health savings account | + $ | **0.00** | | |
| Total | $ | **58.73** | Copy total here=> | $ **58.73** |

Do you actually spend this total amount?
☐    No. How much do you actually spend?                                           $ _____
■    Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. .......................... $ **0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

By law, the court must keep the nature of these expenses confidential. ....................................................... $ **0.00**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Blake Chandler Zinn** | Case number (*if known*) | 9:15-bk-03600 |
|---|---|---|---|

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

   If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

   You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.    $ _____ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

   You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

   * Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.    $ _____ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

   To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

   You must show that the additional amount claimed is reasonable and necessary.    $ _____ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).    $ _____ 0.00

32. **Add all of the additional expense deductions**
   Add lines 25 through 31.    $ _____ 58.73

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | | Average monthly payment |
|---|---|---|---|
| | Mortgages on your home | | |
| 33a. | Copy line 9b here | => | $ 973.00 |
| | Loans on your first two vehicles | | |
| 33b. | Copy line 13b here | => | $ 420.00 |
| 33c. | Copy line 13e here | => | $ 375.08 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d. -NONE- | | ☐ No ☐ Yes | $ _____ |
| 33e. | | ☐ No ☐ Yes | $ _____ |
| 33f. | | ☐ No ☐ Yes + | $ _____ |
| 33g. Total average monthly payment. Add lines 33a through 33f | | $ 1,768.08 | Copy total here=> $ 1,768.08 |

Debtor 1    **Blake Chandler Zinn** _____    Case number (*if known*)    **9:15-bk-03600**

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☑ No.    Go to line 35.
☐ Yes.    State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| -NONE- | | $ _____ ÷ 60 = $ _____ | |

Total $ **0.00**    Copy total here=> $ **0.00**

35. **Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.    Go to line 36.
☑ Yes.    Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ...................    $ **54,172.50**    ÷ 60    $ **902.89**

36. **Projected monthly Chapter 13 plan payment**    $ _____

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).
To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

X _____

Average monthly administrative expense    $ _____    Copy total here=> $ _____

37. **Add all of the deductions for debt payment.**
Add lines 33g through 36.    $ **2,670.97**

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* .............    $ **2,581.54**

Copy line 32, *All of the additional expense deductions* .............    $ **58.73**

Copy line 37, *All of the deductions for debt payment* .............    +$ **2,670.97**

Total deductions    $ **5,311.24**    Copy total here=>    $ **5,311.24**

| Debtor 1 | **Blake Chandler Zinn** | | Case number (*if known*) | **9:15-bk-03600** |

| **Part 2:** | Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2) |

39. Copy your total current monthly income from line 14 of Form 22C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* ............... $ **3,536.77**

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child. $ **407.00**

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19). $ **0.00**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here. => $ **5,311.24**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
| --- | --- |
| 43a. | $ |
| 43b. | $ |
| 43c. | $ |

43d. **Total.** Add lines 43a through 43c. ........................ $ **0.00**   Copy 43d here=> $ **0.00**

44. **Total adjustments.** Add lines 40 through 43d. => $ **5,718.24**   Copy total here=> -$ **5,718.24**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39. $ **-2,181.47**

| **Part 3:** | Change in Income or Expenses |

46. **Change in income or expenses.** If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
| --- | --- | --- | --- | --- | --- |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | | | | ☐ Decrease | $ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | | | | ☐ Decrease | $ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | | | | ☐ Decrease | $ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | | | | ☐ Decrease | $ |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Blake Chandler Zinn**

Case number (*if known*)   **9:15-bk-03600**

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X **/s/ Blake Chandler Zinn**

**Blake Chandler Zinn**
Signature of Debtor 1

Date **April 21, 2015**
MM / DD / YYYY

| Debtor 1 | **Blake Chandler Zinn** | Case number (*if known*) | **9:15-bk-03600** |

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2014** to **03/31/2015**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Charlotte Heart & Vascular Institute**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2014 | $1,828.19 |
| 5 Months Ago: | 11/2014 | $1,855.75 |
| 4 Months Ago: | 12/2014 | $2,469.56 |
| 3 Months Ago: | 01/2015 | $1,664.65 |
| 2 Months Ago: | 02/2015 | $1,785.03 |
| Last Month: | 03/2015 | $1,925.43 |
| | Average per month: | $1,921.44 |

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Rock N' Rodeo, Inc.**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2014 | $0.00 |
| 5 Months Ago: | 11/2014 | $0.00 |
| 4 Months Ago: | 12/2014 | $0.00 |
| 3 Months Ago: | 01/2015 | $1,450.00 |
| 2 Months Ago: | 02/2015 | $2,900.00 |
| Last Month: | 03/2015 | $2,900.00 |
| | Average per month: | $1,208.33 |

**Line 4 & 54 - Child support income (including foster care and disability)**
Source of Income: **Melissa's child support - her child**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 10/2014 | $407.00 |
| 5 Months Ago: | 11/2014 | $407.00 |
| 4 Months Ago: | 12/2014 | $407.00 |
| 3 Months Ago: | 01/2015 | $407.00 |
| 2 Months Ago: | 02/2015 | $407.00 |
| Last Month: | 03/2015 | $407.00 |
| | Average per month: | $407.00 |